UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES V. SPARANO III                              JURY TRIAL DEMANDED

v.                                                      CASE NO.  3:08CV

NATIONS RECOVERY CENTER, INC.

<u>COMPLAINT</u>

1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.   Plaintiff is a natural person who resides in Connecticut.

4.   Plaintiff is a consumer within the FDCPA.

5.   Defendant is a debt collector within the FDCPA.

6.   Defendant is licensed as a Consumer Collection Agency by the Connecticut Department of Banking.

7.   Defendant violated the FDCPA in connection with its collection efforts seeking payment from plaintiff on behalf of a creditor it identified as Washington Mutual Bank.

8.   Defendant's employee left a message for plaintiff on or about September 25, 2008, which said that the defendant would have to call plaintiff's employer if plaintiff did not call back by 6 p.m. and that it would be embarrassing for plaintiff.

FIRST COUNT

9.   In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF


BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

2